# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **RAGAN LEE BALDOCK, and** | § | |
| **RYAN ROSS individuals,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 2:15-cv-160-J** |
| | § | |
| **DL MITCHELL LANDSCAPING, INC.,** | § | |
| **a Texas Corporation and David L. Mitchell,** | § | |
| **individually,** | § | |
| | § | |
| **Defendants.** | § | |

## RULE 26(F) CONFERENCE REPORT

**TO:    THE HONORABLE MARY LOU ROBINSON, U.S. DISTRICT JUDGE:**

The parties by personal conference conducted their Rule 26(f) conference on July 7, 2015, with Vicki H. Wilmarth, as attorney for the Defendants, and Philip R. Russ as one of the attorneys for the Plaintiffs. The following is the result of that conference:

1.      The parties agree that discussion of settlement of the case is premature at this time.  The parties conferred about the nature and basis of Plaintiffs' claims and the Defendants' defenses;

2.      The parties state that Rule 26(a)(1) disclosures should be exchanged in accordance with the Court's Order, which is fourteen (14) days following the Rule 26(f) conference (July 21, 2015);

3.      The parties agree that discovery should proceed simultaneously on liability and

damages and, at this time, do not believe that any changes in the limitations on discovery are required;

4.      The parties agree that the initial round of written discovery requests to each side should be completed before depositions take place.  The parties will work together to schedule the deposition of Plaintiffs and the depositions of Defendants and any other depositions properly noticed and agreed upon by the parties.

5.      The attorneys are cooperating with each other and believe most issues between them can be resolved without Court intervention.

Respectfully submitted,

LAW OFFICES OF JERRY D. MCLAUGHLIN
Jerry D. McLaughlin, SBN 13743300
2700 S. Western St., Suite 1000
Amarillo, Texas 79109
806-371-9110 - Telephone
806-373-9029 - Facsimile

- and -

LAW OFFICES OF PHILIP R. RUSS
2700 S. Western St., Suite 1200
Amarillo, Texas 79109
(806) 358-9293 - Telephone
(806) 358-9296 - Facsimile

BY:____/s/ Philip R. Russ_____
Philip R. Russ, SBN 17406000

*Attorneys for Plaintiffs*

-and-

Vicki H. Wilmarth, Esq., SBN: 21664075
BURDETT, MORGAN, WILLIAMSON & BOYKIN
3423 Soncy, Suite 300
Amarillo, Texas 79119
806-358-8116 - Telephone
806-358-3154 - Facsimile

BY: */s/ Vicki H. Wilmarth*
VICKI H. WILMARTH

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, by using the CM/ECF system which will send a notice of electronic filing to the following CM/ECF participant:

Vicki H. Wilmarth, Esq., SBN: 21664075
BURDETT, MORGAN, WILLIAMSON & BOYKIN
3423 Soncy, Suite 300
Amarillo, Texas 79119
806-358-8116 - Telephone
806-358-3154 - Facsimile
vwilmarth@bmwb-law.com

By: */s/ Philip R. Russ*
Philip R. Russ